**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Richard NAVA, a.k.a. Little Man,**
**Defendant–Appellant.**

No. 07–10809
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 2007.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Robert A. Ratliff, Robert A. Ratliff, P.C., Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert Ratliff, Esq., appointed counsel for Richard Nava, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED,** and Nava's conviction and sentence are **AFFIRMED.**